**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| JAMES GANLEY AND KAREN GANLEY, HIS WIFE, | : | No. 380 WAL 2020 |
| | : | |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| PATRICK ROBERTSON AND CYNTHIA ROBERTSON, HIS WIFE, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2021, the Petition for Allowance of Appeal is **DENIED**.